**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Bruce A. Melendy</u>
<u>Donna Melendy</u>

    v.                                    Civil No. 07-cv-144-JM

<u>Douglas L. Moorhead</u>


**O R D E R**

Plaintiffs are ordered to show cause within ten (10) days why their objection to the motion for summary judgment should not be struck for being untimely filed under L.R. 7.1(a)(2)(b).

    **SO ORDERED.**

                                    _/s/ James R. Muirhead_____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: January 9, 2008

cc:  R. Peter Decato, Esq.
     John A. Curran, Esq.